|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 | **FILED** |
| 4 | CLERK, U.S. DISTRICT COURT |
| 5 | 7/7/2023 |
|   | CENTRAL DISTRICT OF CALIFORNIA |
|   | BY: ___RAM___ DEPUTY |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 5:20-CR-00198-JWH |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. | ) | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| LADELL OWEN THARPE, | ) | |
| Defendant. | ) | |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CENTRAL__ District of __CALIFORNIA__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (×)    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (×)    information in the Pretrial Services Report and Recommendation

    (×)    information in the violation petition and report(s)

    (×)    the defendant's nonobjection to detention at this time

    ( )    other: _____

1        and/ or

2 B. (×)    The defendant has not met his/her burden of establishing by clear and
3        convincing evidence that he/she is not likely to pose a danger to the safety
4        of any other person or the community if released under 18 U.S.C.
5        § 3142(b) or (c).  This finding is based on the following:

6          (×)    information in the Pretrial Services Report and Recommendation
7          (×)    information in the violation petition and report(s)
8          (×)    the defendant's nonobjection to detention at this time
9          ( )    other: _____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: 7/07/2023

                                     KENLY KIYA KATO
                                   UNITED STATES MAGISTRATE JUDGE